**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Timmy Arnold, Jr.                                          Case No. 20-01814-JAW
         Alexis Luchelle Arnold, Debtors                                         Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: /s/ Timmy Arnold, Jr.                                                              07-10-2025
Timmy Arnold, Jr.                                                                     Date

/s/ Alexis Luchelle Arnold                                     07-10-2025
Alexis Luchelle Arnold                                                  Date

/s/ Thomas C. Rollins, Jr.                                        07-10-2025
Thomas C. Rollins, Jr., MS Bar No. 103469                  Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

<u>Jackson Office:</u>
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

<u>Gulfport Divisional Office:</u>
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On July 11, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-01814 |
|---|---|
| TIMMY ARNOLD, JR<br>ALEXIS LUCHELLE ARNOLD | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/11/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/11/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-01814 |
|---|---|
| TIMMY ARNOLD, JR<br>ALEXIS LUCHELLE ARNOLD | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/11/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/11/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                    EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING    (P)ATLAS ACQUISITIONS LCC                US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               492C CEDAR LANE SUITE 442                THAD COCHRAN US COURTHOUSE
CASE 20-01814                       TEANECK NJ 07666-1713                    501 E COURT STREET
SOUTHERN DISTRICT OF MISSISSIPPI                                             SUITE 2300
THU JUL 10 15-38-3 PST 2025                                                  JACKSON  MS 39201 5036


1ST FRANKLIN FINANC                 1ST FRANKLIN FINANCIAL CORPORATION       ATT
PO BOX 880                          ATTN ADMINISTRATIVE SERVICES             PO BOX 5087
TOCCOA  GA 30577-0880               PO BOX 880                               CAROL STREAM  IL 60197-5087
                                    TOCCOA  GA 30577-0880


ATT CORP                            ATT MOBILITY II LLC                     ASAP AMBULANCE
ATT SERVICES  INC                   ATT SERVICES INC                        PO BOX 15203
KAREN CAVAGNARO  LEAD PARALEGAL     KAREN A CAVAGNARO  PARALEGAL            HATTIESBURG  MS 39404-5203
ONE ATT WAY  SUITE 3A104            ONE ATT WAY  SUITE 3A104
BEDMINSTER  NJ 07921-2693           BEDMINSTER  NJ 07921-2693


EXCLUDE
(D)(P)ATLAS ACQUISITIONS LCC        (P)CMRE FINANCIAL SERVICES INC          (P)CAINE  WEINER COMPANY
492C CEDAR LANE SUITE 442           3075 E IMPERIAL HWY STE 200             12005 FORD ROAD 300
TEANECK NJ 07666-1713               BREA CA 92821-6753                      DALLAS TX 75234-7262


CAPITAL ONE BANK USA N              DIXON BODY  AUTO SALES  INC             FASTPACE MISSISSIPPI
PO BOX 30281                        PO BOX 1451                             1621 W PEACE ST
SALT LAKE CITY  UT 84130-0281       HAZLEHURST  MS 39083-1451               CANTON  MS 39046-9041


FIRST PREMIER BANK                  FOX COLLECTION CENTER                   FRANKLIN COLLECTION SV
3820 N LOUISE AVE                   POB 528                                 2978 W JACKSON ST
SIOUX FALLS  SD 57107-0145          GOODLETTSVILLE  TN 37070-0528           TUPELO  MS 38801-6731


GLELSI                              HEALTH CARE MEDICAL                     JACKSON ANESTHESIA ASS
PO BOX 7860                         3900 LAKELAND DR                        1151 N STATE ST
MADISON  WI 53707-7860              101                                     311
                                    FLOWOOD  MS 39232-8853                  JACKSON  MS 39202-2407


KEYSTONE                            (P)KLS FINANCIAL SERVICES               LVNV FUNDING
PO BOX 669                          PO BOX 565                              2810 SOUTHAMPTON RD
NATCHEZ  MS 39121-0669              MORRISVILLE NC 27560-0565               PHILADELPHIA  PA 19154-1207


LVNV FUNDING  LLC                   (P)MOHELA                               (P)PERITUS PORTFOLIO SERVICES II  LLC
RESURGENT CAPITAL SERVICES          CLAIMS DEPARTMENT                       PO BOX 141419
PO BOX 10587                        633 SPIRIT DRIVE                        IRVING TX 75014-1419
GREENVILLE  SC 29603-0587           CHESTERFIELD MO 63005-1243
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD LLC JEFFERSON CAPITAL SYS<br>LLC ASSIGNEE<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PROGRESSIVE<br>11629 SO 700 E<br>DRAPER UT 84020-8376 |
| RADIOLOGICAL GR<br>1456 ELLIS AVE<br>JACKSON MS 39204-2204 | SHANQUILLA ROBINSON<br>4701 LAKELAND DR<br>APT 24F<br>FLOWOOD MS 39232-9731 | SMITH ROUCHN<br>1456 ELLIS AVE<br>JACKSON MS 39204-2204 |
| SUNRISE CREDIT SERVICE<br>260 AIRPORT PLAZA<br>BOX 9168<br>FARMINGDALE NY 11735-3946 | TBOM<br>PO BOX 31292<br>TAMPA FL 33631-3292 | TEA OLIVE LLC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | VERIZON WIRELESS<br>3 VERIZON PLACE<br>ALPHARETTA GA 30004-8510 | ALEXIS LUCHELLE ARNOLD<br>309 STONE GATE DR<br>CLINTON MS 39056-5025 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | DEBTOR<br>TIMMY ARNOLD JR<br>309 STONE GATE DR<br>CLINTON MS 39056-5025 | ~~EXCLUDE~~<br>~~TORRI PARKER MARTIN~~<br>~~TORRI PARKER MARTIN CHAPTER 13~~<br>~~BANKRUPT~~<br>~~200 NORTH CONGRESS STREET STE 400~~<br>~~JACKSON MS 39201-1902~~ |