United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-01814-JAW
Timmy Arnold, Jr.  Chapter 13
Alexis Luchelle Arnold
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Aug 05, 2025      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timmy Arnold, Jr., Alexis Luchelle Arnold, 309 Stone Gate Dr., Clinton, MS 39056-5025 |
| 4906530 | + | Asap Ambulance, Po Box 15203, Hattiesburg, MS 39404-5203 |
| 4906535 | + | Dixon Body & Auto Sales, Inc., PO Box 1451, Hazlehurst, MS 39083-1451 |
| 4906536 | + | Fastpace Mississippi, 1621 W Peace St, Canton, MS 39046-9041 |
| 4906541 | + | Health Care Medical, 3900 Lakeland Dr, #101, Flowood, MS 39232-8853 |
| 4906542 | + | Jackson Anesthesia Ass, 1151 N State St, #311, Jackson, MS 39202-2407 |
| 4906543 | + | Keystone, P.O. Box 669, Natchez, MS 39121-0669 |
| 4906545 | + | LVNV Funding, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 4906548 | + | Radiological Gr, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 4906549 | + | Shanquilla Robinson, 4701 Lakeland Dr, Apt 24F, Flowood, MS 39232-9731 |
| 4906552 | | TBOM, P.O. Box 31292, Tampa, FL 33631-3292 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | Aug 05 2025 23:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 4924117 | + | Email/Text: bankruptcy@1ffc.com | Aug 05 2025 19:32:00 | 1ST FRANKLIN FINANC***, PO BOX 880, TOCCOA, GA 30577-0880 |
| 4915801 | + | Email/Text: bankruptcy@1ffc.com | Aug 05 2025 19:32:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, P.O. Box 880, Toccoa, GA 30577-0880 |
| 4906531 | | EDI: ATTWIREBK.COM | Aug 05 2025 23:33:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4925015 | + | EDI: ATTWIREBK.COM | Aug 05 2025 23:33:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Lead Paralegal., One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 4925012 | + | EDI: ATTWIREBK.COM | Aug 05 2025 23:33:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., Karen A. Cavagnaro Paralegal, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 4928137 | | EDI: ATLASACQU | Aug 05 2025 23:33:00 | Atlas Acquisitions LLC Assignee of, Mid America Bank and Trust, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 4906532 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 05 2025 19:32:40 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 4906534 | | Email/Text: EBN_Brea@meduitrcm.com | Aug 05 2025 19:32:00 | CMRE, 3075 E Imperial Hwy, Brea, CA 92821 |
| 4906533 | + | EDI: CAPITALONE.COM | Aug 05 2025 23:33:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4906537 | + | EDI: AMINFOFP.COM | Aug 05 2025 23:33:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: 3180W | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 4906538 | + | Email/Text: bankruptcies@foxcollection.com | Aug 05 2025 19:32:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 4906539 | + | Email/Text: FSBank@franklinservice.com | Aug 05 2025 19:32:00 | Franklin Collection Sv, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 4906540 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 05 2025 19:32:00 | GLELSI, P.O. Box 7860, Madison, WI 53707-7860 |
| 4906544 | | Email/Text: BKRsecure@klsfs.com | Aug 05 2025 19:32:00 | Kls Financial Services, 991 Aviation Pkwy, Morrisville, NC 27560 |
| 4928567 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2025 19:46:10 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 4906546 | | Email/Text: EBN@Mohela.com | Aug 05 2025 19:32:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4917198 | | Email/Text: perituspendrick@peritusservices.com | Aug 05 2025 19:32:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 4916256 | | EDI: PRA.COM | Aug 05 2025 23:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4911106 | + | EDI: JEFFERSONCAP.COM | Aug 05 2025 23:33:00 | Premier Bankcard, LLC; Jefferson Capital Systems, LLC Assignee, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4906547 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 05 2025 19:32:00 | Progressive, 11629 So 700 E, Draper, UT 84020-8376 |
| 4906550 | + | Email/Text: Tracey@sra-inc.net | Aug 05 2025 19:32:00 | Smith Rouchn, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 4906551 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 05 2025 19:32:00 | Sunrise Credit Service, 260 Airport Plaza, Box 9168, Farmingdale, NY 11735-3946 |
| 4919561 | + | EDI: LCIFULLSRV | Aug 05 2025 23:33:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4906553 | | EDI: VERIZONCOMB.COM | Aug 05 2025 23:33:00 | Verizon Wireless, 3 Verizon Place, Alpharetta, GA 30004-8510 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: 3180W | Total Noticed: 36 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Alexis Luchelle Arnold trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Timmy Arnold Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| | | | |
|---|---|---|---|
| ***Information to identify the case:*** | | | |
| Debtor 1 | **Timmy Arnold Jr.** | Social Security number or ITIN | **xxx–xx–6844** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Alexis Luchelle Arnold** | Social Security number or ITIN | **xxx–xx–3110** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **20–01814–JAW** | | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Timmy Arnold Jr.**

**Alexis Luchelle Arnold**
aka Alexis L Arnold

Dated: 8/5/25

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W   **Chapter 13 Discharge**   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**